**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-7516**

———————

WAYNE STEVEN EVANS,

Petitioner - Appellant,

versus

EARL BESHEARS, Warden; J. JOSEPH CURRAN, JR.,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge. (CA-
94-2407-WN)

———————

Submitted:  February 7, 1996        Decided:  February 22, 1996

———————

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Wayne Steven Evans, Appellant Pro Se.  Gwynn X. Kinsey, Jr., Assis-
tant Attorney General, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Evans v. Beshears, No. CA-94-2407-WN (D. Md. Aug. 21, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED